45283. SCHMID v. STATE OF GEORGIA.

HALL, Presiding Judge. This is an appeal from a judgment of disbarment for conviction of a crime involving moral turpitude. Appellant's last conviction (he has had at least 8 which would fit the moral turpitude category) was just over 4 years prior to the institution of the disbarment proceedings. He contends that these proceedings were barred by the statute of limitation contained in *Code Ann.* § 9-520. "No proceedings for the disbarment of any attorney shall be instituted or prosecuted . . . unless . . . begun within four years after the commission of the act complained of."

The Supreme Court has considered this question and clearly held that *Code Ann.* § 9-520 "has no application where the disbarment proceedings are based on conviction for crime involving moral turpitude." *Jacobs v. State of Ga.,* 200 Ga. 440 (37 SE2d 187).

*Judgment affirmed. Deen and Evans, JJ., concur.*

SUBMITTED APRIL 14, 1970—DECIDED APRIL 23, 1970.

*Wesley R. Asinof,* for appellant.
*Nat Hancock, District Attorney, John A. Darsey,* for appellee.